

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Fred Erisman
Criminal District Attorney
Gregg County
Longview, Texas

Dear Sir:                    Attention Mike Anglin
                                      Assistant District Attorney

                         Opinion No. O-2218-A
                         Re: Whether or not proposed movie
                                 contest is a lottery.

        We are grateful for your letter of May 14, 1940,
supplementing one dated May 6, 1940, wherein a reconsidera-
tion of Opinion No. O-2218 holding a movie contest to con-
stitute a lottery, was requested.

        Your letter of the 14th presents a summary of a
comprehensive test conducted under your supervision for the
purpose of throwing additional light upon the question of
whether the element of skill or the element of chance domi-
nates the proposed scheme. We appreciate very much your
time and effort spent in developing these additional facts.
They have been most helpful. We believe the test conclu-
sively establishes that the element of chance predominates
over any existing elements of skill.

        Consequently, we are constrained to hold in ac-
cordance with original opinion No. O-2218 that the proposed
movie contest plan constitutes a lottery such as is con-
demned by Art. 654 of the Penal Code.

                                Very truly yours

                                ATTORNEY GENERAL OF TEXAS

APPROVED MAY 23, 1940          By _Walter R. Koch_
_Gerald C. Mann_                      Walter R. Koch
                                              Assistant

ATTORNEY GENERAL OF TEXAS      By _James D. Smuller_
                                      James D. Smuller

JDS:jm

APPROVED
OPINION
COMMITTEE
BY _Bcor_
CHAIRMAN

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT